# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **TERRELL T. CASBY** | * | **CIVIL ACTION** |
| | * | |
| **VS.** | * | **NO. 20-2424 "T" (4)** |
| | * | |
| **JUSTIN RESTER, ET AL** | * | **JUDGE GUIDRY** |
| | * | |
| | * | **MAG. JUDGE ROBY** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## <u>ORDER</u>

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of plaintiff to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that Plaintiff's § 1983 claims against defendants Hancock, Magee, and Tynes be **DISMISSED WITH PREJUDICE** as frivolous and otherwise for failure to state a claim for which relief can be granted pursuant to 28 U.S.C. § 1915(e), § 1915A and 42 U.S.C. § 1997e.

**IT IS FURTHER ORDERED** that Plaintiff's § 1983 claims of verbal threats and harassment against defendants Sgt. Rester, M. Sgt. S. Williams, Lt. Sistrunk, Lt. R. Williams, Major Rigdon, Cpt. Temple, Sgt. Spears, Lt. Col. Seal, and Lt. Col. J. Williams be **DISMISSED WITH PREJUDICE** as frivolous and otherwise for failure to state a claim for which relief can be granted pursuant to 28 U.S.C. § 1915(e), § 1915A, and 42 U.S.C. § 1997e.

**IT IS FURTHER ORDERED** that Plaintiff's § 1983 claims of medical indifference against Dr. Cleveland, claims of retaliation and excessive force against defendants Sgt. Rester, Sgt. S. Williams, Lt. Sistrunk, Lt. R. Williams, Major Rigdon, Cpt. Temple, and Sgt. Spears, and claims of by-stander liability against Lt. Col. Seal and Lt. Col. J. Williams remain referred to the undersigned Chief Magistrate Judge for further proceedings.

New Orleans, Louisiana, this ____1st____ day of July, 2021.


_____
**GREG GERARD GUIDRY**
**UNITED STATES DISTRICT JUDGE**