UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**TERRELL T. CASBY**                                                                 CIVIL NO. 20-2424

**VERSUS**                                                                                     SECTION: T (4)

**JUSTIN RESTER et al**

## ORDER

On April 21, 2022, the Magistrate Judge issued a Report and Recommendation, recommending that the Plaintiff's Motion for Leave to Appeal *In Form Pauperis* [62] be **DENIED** because the appeal was not taken in good faith.[1] The Plaintiff failed to file an objection. Having carefully considered the filings, the applicable law, and the Magistrate Judge's Report and Recommendation, the Court **APPROVES** the Magistrate Judge's Report and Recommendation and **ADOPTS** the Report as the Court's opinion herein.

Accordingly, **IT IS ORDERED** that the Report and Recommendation is **ADOPTED** as the Court's opinion.

**IT IS FURTHER ORDERED** that the motion for leave is **DENIED**.

New Orleans, Louisiana this 17th day of May, 2022.

                                                                       _____
                                                                       Hon. Greg Gerard Guidry
                                                                       United States District Judge

---

[1] R. Doc. 68.